# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00166-CR

**Victor Dean Adkins, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
## NO. 0961765, HONORABLE BOB PERKINS, JUDGE PRESIDING

**PER CURIAM**

On July 3, 1997, Victor Dean Adkins was convicted of aggravated sexual assault of a child after pleading guilty. Pursuant to a plea bargain agreement, the district court sentenced Adkins to imprisonment for ten years.

On March 26, 2001, Adkins filed a pro se notice of appeal from the district court's overruling of a motion to vacate the conviction. It is far too late for Adkins to either request a new trial from the district court or to appeal his conviction to this Court. *See* Tex. R. App. P. 21.4, 26.2. If he is entitled to relief, he must seek it by way of post-conviction habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2001).

The appeal is dismissed for want of jurisdiction.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed:   June 14, 2001

Do Not Publish